IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:08CR3048 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT E. SWIFT, | ) | |
| Defendant. | ) | |

At defense counsel's request,

IT IS ORDERED that the defendant's unopposed motion to continue sentencing ([filing 40](#)) is denied as moot. The defendant's sentencing remains scheduled for Tuesday, August 19, 2008, at 12:00 noon, before Judge Kopf. The petition for action on conditions of pretrial release ([filing 41](#)) will also be taken up at that time.

August 14, 2008.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge