IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:08CR3048 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT E. SWIFT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Special Assistant United States Attorney Jan Lipovsky's motion to withdraw (filing 57) is granted.

DATED this 21st day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge